Commonwealth ex rel. McKenna *v.* McKenna,
Appellant.

Argued December 8, 1971. *Francis P. O'Hara,* with
him *Fox, Differ, Mazer & Callahan,* for appellant; *Robert A. Clancy,* with him *Fred J. Silverman,* and *Silverman, Warden & Clancy,* for appellee.
Order affirmed.

Commonwealth ex rel. Mette *v.* Schimpf,
Appellant.

Argued December 14, 1971. *Jay Meyers,* for appellant;
*Eric Lillian,* with him *Vito N. Pisciotta,* for appellee.
Order affirmed.

Commonwealth ex rel. Paul *v.* Paul, Appellant.

Argued December 8, 1971. *Oscar
Spivack,* for appellant; *Joseph Ominsky,* for appellee.
Order affirmed.